UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN L. GERMAINE,

              Plaintiff,

      - against -

JAMES GIBB, et al.,

             Defendants.

**ORDER**

23-CV-01305 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court granted Defendants leave to move to dismiss in this action on January 11, 2024 and set a briefing schedule for the motion, pursuant to which Plaintiff's response was due on March 12, 2024. (Doc. 36). Plaintiff, proceeding *pro se*, requested that the deadline to file a response to the motion to dismiss be extended to April 12, 2024. (Doc. 44). The Court granted Plaintiff's requested extension. (Doc. 45). Plaintiff has failed to file a response to Defendants' motion to dismiss as of the date of this Order.

The Court *sua sponte* extends the deadline for Plaintiff to file a response to Defendants' motion to dismiss to **May 3, 2024** and extends the deadline for Defendants to file a reply to **May 10, 2024**. Plaintiff is warned that failure to file an opposition to Defendants' motion to dismiss will result in the Court deeming that motion unopposed and may result in the dismissal of the case.

                              **SO ORDERED.**

Dated:  White Plains, New York
           April 22, 2024

                                          PHILIP M. HALPERN
                                          United States District Judge