RECEIVED

S[...]

Justin Germaine

_____
Write the full name of each plaintiff

-against-

James Gibbs et [al]

_____
Write the full name of each defendant

> Defendant is directed to submit a letter responding to Plaintiff's motion (Doc. 62) by December 30, 2024.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         December 18, 2024

PLEASE TAKE NOTICE that    __Plaintiff__         __Justin Germaine__
                          plaintiff or defendant   name of party who is making the motion

requests that the Court:

__Allocation of funds / payment of settlement__
Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents:  Germaine v. Gibbs et al
23-cv-01305 (PMH)

__12-10-24__                         __(signature) Justin Germaine__
Dated                                 Signature

__Justin Germaine__                   __99718-038__
Name                                  Prison Identification # (if incarcerated)

__FCC Oakdale II PO Box 5010__   __Oakdale__   __LA__   __71463__
Address                           City         State    Zip Code

__N/A__                               __N/A__
Telephone Number (if available)       E-mail Address (if available)

SDNY Rev: 5/24/2016

12-10-24

Justin Germaine

V.

James Gibbs et al.,

NO: 23 CIV. 1305 PMH

RECEIVED DEC 16 2024 U.S.D.C. W.P.

TO: US. District Judge Philip M. Halpern, or Clerk of the Court.

On August 19, 2024 parties from the matter Justin Germaine V. James Gibbs et al,. Over a phone conference the parties came to a settlement agreement. On October 3, 2024 Judge Halpern signed and ordered payment of the settlement amount of $20,000. Of that $7,500 is to go to plantiff and 12,500 to the treasury depth for restitution regarding another matter.

Throughout the past two months I've communicated with A.U.S.A Alexander Kristofcak. I've inquired about the agreed upon settlement. I still have not recieved payment. Mr Kristofcak asked for notification if I did not recieve it by the end of November 2024 as document marked A-3 shows. I've included several pages to support facts for this motion request.

I now request a motion be filed for Allocation of Funds, for the plantiff to be paid in a timely manner. Plantiff request if payment is not made by deadline the court impose an interest percentage added. Thank you for your time considering this motion.

From,
Justin Germaine



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 22, 2024

**By CERTIFIED MAIL**
Justin L. Germaine
99718-038
Federal Correction Complex Oakdale II
P.O. Box 5010
Oakdale, LA 71463

Re:   *Germaine v. Gibb, et al.*, No. 23 Civ. 1305 (PMH)

Dear Mr. Germaine:

In accordance with the oral agreement we reached during the settlement conference on August 19, 2024, enclosed with this letter, please find the Stipulation and Order of Settlement and Dismissal. I am also including a pre-pain enveloped for you to send back the signed agreement or any comments you may have.

Best regards,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   */s/ Alexander Kristofcak*
ALEXANDER KRISTOFCAK
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.:   (212) 637-2768
Email: Alexander.Kristofcak@usdoj.gov



RECEIVED DEC 16 2024 U.S.D.C. W.P.

A-2

Facsimiles and/or PDFs of signatures shall have the same force and effect as original signatures and constitute acceptable, binding signatures for purposes of the Stipulation.

Dated: ~~August~~ October 3, 2024
New York, New York

DAMIAN WILLIAMS
United States Attorney
*Attorney for the Government*

By: *Alexander Kristofcak*
ALEXANDER KRISTOFCAK
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768
Alexander.Kristofcak@usdoj.gov

Dated: ~~August~~ September 3, 2024
Oakdale, Louisiana

By: *[signature]*
JUSTIN L. GERMAINE
*Plaintiff, Pro Se*

SO ORDERED:

Dated: October 4, 2024
~~New York~~, New York
White Plains

*[signature]*
HONORABLE PHILIP M. HALPERN
U.S. DISTRICT JUDGE



RECEIVED
DEC 16 2024
U.S.D.C.
W.P.

6



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 1, 2024

**By U.S. MAIL**
Justin L. Germaine
99718-038
Federal Correction Complex Oakdale II
P.O. Box 5010
Oakdale, LA 71463

    Re:    *Germaine v. Gibb, et al.*, No. 23 Civ. 1305 (PMH)

Dear Mr. Germaine:

    I write in response to your letter dated October 9, 2024. I received your previous letter in which you requested that the Government send the $7,500 portion of the settlement payable to you to your father's address. I went ahead and made this change in the settlement agreement and submitted it to the Court. Attached for your reference is a copy of the settlement agreement signed by the Court in ECF No. 61.

    On October 7, 2024, I submitted the settlement for payment to the judgment fund. It typically takes several weeks for payment requests to be processed. Please let me know if your father has not received by the check by the end of November and I will investigate.

                                                  Respectfully,

                                                  DAMIAN WILLIAMS
                                                  United States Attorney for the
                                                  Southern District of New York



                              By:    */s/ Alexander Kristofcak*
                                    ALEXANDER KRISTOFCAK
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007
                                    Tel.:    (212) 637-2768
                                    Email: Alexander.Kristofcak@usdoj.gov

