UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Justin Germaine
_____

Write the full name of each plaintiff or pet

-against-

James Gibbs et al.,
_____

Write the full name of each defendant or

PLEASE TAKE NOTICE that

requests that the Court:

Application denied without prejudice to re-file if Plaintiff does not receive $3,517.00 from the Government by January 19, 2025.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 62.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        December 19, 2024

Allocation of fund
Briefly describe what you want the court
the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents:  Germaine v. Gibbs et al

23-cv-01305 (PMH)

12-10-24
Dated

Justin Germaine
Name

Fcc Oakdale II. PO Box 5010    Oakdale    LA    71463
Address                         City        State  Zip Code

N/A
Telephone Number (if available)

Justin Germaine
Signature

99718-038
Prison Identification # (if incarcerated)

N/A
E-mail Address (if available)

12-10-24

Justin Germaine

V.

James Gibbs et al.,

RECEIVED
DEC 16 2024
U.S.D.C.
W.P.

NO: 23 CIV. 1305 PMH

TO: US. District Judge Philip M. Halpern, or Clerk of the Court.

On August 19 2024 parties from the matter Justin Germaine V. James Gibbs et al,. Over a phone conference the parties came to a settlement agreement. On October 3, 2024 Judge Halpern signed and ordered payment of the settlement amount of $20,000. Of that $7,500 is to go to plantiff and 12,500 to the treasury deph for restitution regarding another matter.

Throughout the past two months I've communicated with AUSA Alexander Kristofcak. I've inquired about the agreed upon settlement. I still have not recieved payment. Mr Kristofcak asked for notification if I did not recieve it by thee end of November 2024 as document marked A-3 shows. I've included several pages to support facts for this motion request.

I now request a motion be filed for Allocation of Funds. for the plantiff to be paid in a timely manner. Plantiff request if payment is not made by deadline the court impose an interest percentage added. Thank you for your time considering this motion.

From,
Justin Germaine

A.l



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

August 22, 2024

**By CERTIFIED MAIL**
Justin L. Germaine
99718-038
Federal Correction Complex Oakdale II
P.O. Box 5010
Oakdale, LA 71463

  Re: *Germaine v. Gibb, et al.*, No. 23 Civ. 1305 (PMH)

Dear Mr. Germaine:

  In accordance with the oral agreement we reached during the settlement conference on August 19, 2024, enclosed with this letter, please find the Stipulation and Order of Settlement and Dismissal. I am also including a pre-pain enveloped for you to send back the signed agreement or any comments you may have.

                Best regards,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

        By: */s/ Alexander Kristofcak*
          ALEXANDER KRISTOFCAK
          Assistant United States Attorney
          86 Chambers Street, 3rd Floor
          New York, New York 10007
          Tel.: (212) 637-2768
          Email: Alexander.Kristofcak@usdoj.gov



RECEIVED
DEC 16 2024
U.S.D.C.
W.P.

A-2

Facsimiles and/or PDFs of signatures shall have the same force and effect as original signatures

and constitute acceptable, binding signatures for purposes of the Stipulation.

Dated: ~~August~~ October 3 , 2024
New York, New York

DAMIAN WILLIAMS
United States Attorney
*Attorney for the Government*

By: Alexander Kristofcak

ALEXANDER KRISTOFCAK
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768
Alexander.Kristofcak@usdoj.gov

Dated: ~~August~~ September 3 , 2024
Oakdale, Louisiana

By: *[signature]*

JUSTIN L. GERMAINE
*Plaintiff, Pro Se*

SO ORDERED:

Dated: October 4, 2024
~~New York~~, New York
White Plains

*[signature]*

HONORABLE PHILIP M. HALPERN
U.S. DISTRICT JUDGE


RECEIVED
DEC 16 2024
U.S.D.C.
W.P.



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

November 1, 2024

**By U.S. MAIL**
Justin L. Germaine
99718-038
Federal Correction Complex Oakdale II
P.O. Box 5010
Oakdale, LA 71463

Re:     *Germaine v. Gibb, et al.*, No. 23 Civ. 1305 (PMH)

Dear Mr. Germaine:

I write in response to your letter dated October 9, 2024. I received your previous letter in which you requested that the Government send the $7,500 portion of the settlement payable to you to your father's address. I went ahead and made this change in the settlement agreement and submitted it to the Court. Attached for your reference is a copy of the settlement agreement signed by the Court in ECF No. 61.

On October 7, 2024, I submitted the settlement for payment to the judgment fund. It typically takes several weeks for payment requests to be processed. Please let me know if your father has not received by the check by the end of November and I will investigate.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:      */s/ Alexander Kristofcak*
ALEXANDER KRISTOFCAK
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.:   (212) 637-2768
Email: Alexander.Kristofcak@usdoj.gov





99718-038

Justin Germaine
#99718-038
Federal Correctional Complex
P.O. Box 5010
Oakdale, LA 71463
United States

SHREVEPORT LA 710

10 DEC 2024   PM 3  L

US District Court
Southern District of New York
300 Quarropas St.
White Plains New York
10601



RECEIVED

DEC 16 2024

U.S.D.C.
W.P.